# EXHIBIT 1

**State of Illinois**
**Department of Human Rights**

| Office Use Only: | Control No: | Inv: | Date: |

**Instructions:** Read this entire form and all of the instructions carefully before completing. All questions should be answered. This form must be postmarked or received by IDHR within 180 days of the date of the alleged discrimination. IDHR must establish if it has the right under the law to investigate your employment claim. If IDHR accepts your claim of employment discrimination, information will be typed on an official charge form. The charge form must be signed, notarized and returned to IDHR in a timely manner. The form should be signed and dated below. Use additional sheets if necessary. **THIS IS NOT A CHARGE.** If IDHR accepts your claim, we will send you a charge form for signature.

### 1. COMPLAINANT INFORMATION:

| Name: VINCENT T. FOGGEY | Address: 7654 S. CHAMPLAIN | Apt No: |
| City: CHICAGO | State: IL | ZIP: 60619 | Phone No: 773 715 1835 |
| E-Mail: VINCENTFOGGEY@GMAIL | Alt. Phone No: 773 366 8589 | Alt. Phone No: |

### 2. PERSONAL DATA: Please provide the following information for statistical purposes only.

CHECK THE CATEGORY IN THE LIST BELOW OF NATIONAL ORIGIN OR ANCESTRY WITH WHICH YOU MOST STRONGLY IDENTIFY:

- [ ] Greece
- [ ] Haiti
- [ ] India
- [ ] Ireland
- [ ] Italy
- [ ] Japan
- [ ] Korea
- [ ] Liberia
- [ ] Mexico
- [ ] Middle East
- [ ] Pakistan
- [ ] Philippines
- [ ] Poland
- [ ] Puerto Rico
- [x] U.S.A.
- [ ] Vietnam
- [ ] Other African/Non-Arab
- [ ] Other Eastern Europe
- [ ] Other Hispanic
- [ ] Other Asia
- [ ] Other National Origin or Ancestry

Date of Birth: 21 FEB 69  Sex: M

### 3. WHO ELSE CAN WE CALL IF WE CANNOT REACH YOU:
Provide the names of two persons who can contact you in the event IDHR is unable to locate you. Make sure their mailing addresses are different from your mailing address. Your charge could be dismissed if you do not provide this information and we are unable to locate you.

| Name: JOYCE KIMBROUGH | Address: 7942 S. CHAPPELL | Apt No: |
| City: CHICAGO | State: IL | ZIP: 60617 | Phone No: 773 628 3201 |
| Name: CRYSTAL KING | Address: | Apt No: |
| City: CHICAGO | State: IL | ZIP: 60619 | Phone No: 773 758 3727 |

### 4. RESPONDENT INFORMATION:
Write out the full legal name of the Employer, Union, Employment Agency, Temporary Agency, (i.e. the Respondent), that you believe discriminated against you in Illinois.

IDHR can investigate charges of employment discrimination filed against private employers, state or local government, unions and employment agencies. Individuals can also be charged in some cases. The employer charged with discrimination must have at least 15 employees in the state of Illinois in order for IDHR to investigate, unless the charge alleges sexual harassment, pregnancy, retaliation or physical or mental disability discrimination, or unless the employer is a public contractor. (A public contractor is an employer who does business with the state or a unit of local government.)

| Name: CITY OF CHICAGO See Attached | Address: |
| City: | State: | ZIP: | Phone No: |
| County: | Does the Respondent have a total of 15 or more people working in the State of Illinois? [x] Yes [ ] No | Does the Respondent have a total of 15 or more people working in the United States? [x] Yes [ ] No |

### 5. IF YOU HAVE BEEN EMPLOYED BY THE RESPONDENT, PLEASE FILL IN THE FOLLOWING:

| Job Title: Police Officer | Office Use Only |
| Date Hired: 27 MAR 2006 | Were you on probation? [ ] Yes [x] No |
| Salary: 69,900 [ ] Hourly [ ] Weekly [ ] Bimonthly [ ] Monthly [x] Annually |
| Department: Police | Supervisor: Commander Darren Doss |

100 W. Randolph St., 10th Floor, Attn. Intake Unit, Chicago, IL 60601; 312-814-6200; 866-740-3953 (TTY); INTERVIEWS MON.-THURS. 8:30 AM to 4:00 PM
In Springfield: 222 South College, Room 101-A, Attn. Intake Unit, Springfield, IL 62704; 217-785-5100; 866-740-3953 (TTY)
WEBSITE: www.Illinois.gov/dhr/    CHICAGO FAX: 312-814-6251    SPRINGFIELD FAX: 217-785-5106

CIS-E. 12/9/2015

IDHR can only investigate charges alleging the following Bases of discrimination: Age (40 and over), Physical or Mental Disability (unrelated to ability to do the job), Arrest Record (or criminal history record  that expunged, sealed or impounded), Retaliation (complained about unlawful discrimination, filed a prior discrimination claim, or testified at a discrimination hearing), Coercion/Aiding and Abetting (helping or forcing a person to commit unlawful discrimination based upon any of the categories listed), Race, Unfavorable Military Discharge, Marital Status, Color, Ancestry, Military Status, Religion, Citizenship Status, National Origin, Sexual Harassment, Sex, Pregnancy, Sexual Orientation, or Order of Protection Status. **IDHR cannot investigate:** unfair employment actions such as: political affiliations, personality conflicts, etc., unless such actions are alleged to be for one or more of the bases (Types of Discrimination) listed above; unfair union practices unless such claims involve one or more of the types of discrimination listed above; charges against the federal government (such a charge can only be filed with the EEOC office of the agency alleged to have discriminated).

## 6. DESCRIPTION OF THE EMPLOYMENT HARM AND BASES YOU ARE REQUESTING IDHR TO INVESTIGATE:

**A. FIRST ISSUE OF HARM OR EMPLOYMENT ACTION TAKEN AGAINST YOU BY RESPONDENT:**

DISCHARGE

BASIS: Note: see above for the Bases IDHR can investigate. RACE RETALIATION, gender    Date of Action: 3/28/16

Reason given by Respondent for the action taken against you:

Name of the person who gave you this information:                                Job Title:

Name an employee who was treated more favorably than you in a similar or comparable situation:

**B. SECOND ISSUE OF HARM OR EMPLOYMENT ACTION TAKEN AGAINST YOU BY RESPONDENT (IF APPLICABLE):**

BASIS: Note: see above for the Bases IDHR can investigate.            Date of Action:

Reason given by Respondent for the action taken against you:

Name of the person who gave you this information:                                Job Title:

Name an employee who was treated more favorably than you in a similar or comparable situation:

## 7. WITNESS INFORMATION:

| Name: | Address: | | | Apt No: |
|---|---|---|---|---|
| City: | State: | ZIP: | Phone No: | |
| Name: | Address: | | | Apt No: |
| City: | State: | ZIP: | Phone No: | |

CIS-E. 12/9/2015

**HAVE YOU FILED A PREVIOUS CHARGE AGAINST THIS EMPLOYER ON THIS MATTER WITH THE EEOC?**

☐ Yes ☐ No If "Yes", when? _____

## 9. SPECIAL BASES:

### A. If you claimed SEXUAL HARASSMENT as a basis:

| Name of the harasser: | Job Title of harasser: |
|---|---|
| | |

Do you want the sexual harasser charged separately as an additional respondent? ☐ Yes ☐ No

| If yes, provide the following information for that person: | Address: |
|---|---|
| City: | State: | ZIP: | Phone #: |

### B. If you claimed PHYSICAL OR MENTAL DISABILITY as a basis:

State your medically diagnosed disability/disabilities:

Explain how the Respondent became aware of each disability:

### C. If you claimed RETALIATION as a basis:

State how you opposed unlawful discrimination: (i.e., testified at a discrimination hearing, filed a prior discrimination claim, or complained about unlawful discrimination). Include dates, charge numbers, and/or the name or title of the person to whom you complained.

## 10. HAVE YOU FILED A PREVIOUS CHARGE AGAINST THIS EMPLOYER WITH IDHR?

☑ Yes ☐ No Charge Number(s): *2016CF1291*

**CONSENT AGREEMENT AND RELEASE**

I have read the provided "Notice to Complainant" and I understand that: 1) IDHR may also file my charge of discrimination with EEOC if it has jurisdiction, and I authorize EEOC to look into the discrimination alleged above; 2) In the course of investigating my charge, IDHR will reveal my identity (including my name) and my personal information to named Respondent(s) in my charge to obtain facts and evidence regarding my charge; 3) I do not have to reveal my personal information to IDHR, but IDHR may close my charge if I refuse to reveal information needed to fully investigate my charge; 4) IDHR may be required by law, subpoena, court order, and/or FOIA request to disclose my charge and information in the Department's investigation file concerning my charge to persons outside of IDHR.

If IDHR takes a charge based on the information provided, I consent for IDHR to disclose my identity and personal information as necessary to process and investigate my charge, and I release IDHR from any liability whatsoever concerning disclosure of my identity and any personal information I provided to IDHR or IDHR obtained in processing my charge.

**My signature below verifies the accuracy of the information provided herein and my consent and release as indicated above.**

| Print Name | Signature | Date |
|---|---|---|
| | | |

NOTE: If there is certain personal information you would like withheld, please discuss your concern with an Intake supervisor.

CIS-E. 12/9/2015

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#16W1221.01 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2016CF1291 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>Mr. Vincent Foggey | TELEPHONE NUMBER (include area code)<br>(773) 715-1835 | |
|---|---|---|
| STREET ADDRESS<br>7654 S. Champlain | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60619 | DATE OF BIRTH<br>/ /<br>M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>City of Chicago Police | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br>(312) 744-4966 | |
|---|---|---|---|
| STREET ADDRESS<br>121 N. LaSalle | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60602 | | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Race | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>/ /    7/16/15<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.  ISSUE/BASIS
    SUSPENSION WITHOUT PAY PENDING DISHCARGE – JULY 16, 2015, BECAUSE OF MY RACE, BLACK

    B.  PRIMA FACIE ALLEGATIONS
        1. My race is black.

        2. My work performance meets Respondent's expectations. I was hired on March 26, 2006.

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS 21st DAY OF December, 2015.<br>Donna M. Evans<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>DONNA M EVANS<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:06/03/18<br><br>NOTARY STAMP | X [signature]         21 DEC 15<br>SIGNATURE OF COMPLAINANT      DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 7/12-INT)



ge Number: 2016C 291
Complainant: Vincent Foggey
Page 2 of 2

3. On July 16, 2015, I was suspended without pay pending discharge. The reasons give were violation of rules 2, 5, 6, and 11.

4. Similarly situated non-black police officers were not suspended without pay under similar circumstances.

MFP/RCG/mfp